# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**JOHN LASALLE, ET AL.** : **DOCKET NO. 19-cv-1091**

**VERSUS** : **JUDGE DOUGHTY**

**SASOL NORTH AMERICA, ET AL.** : **MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons set forth above in this Court's Ruling,

**IT IS ORDERED** that the Motions to Dismiss for Lack of Jurisdiction filed by Defendants Westlake and Phillips 66 [Doc. Nos. 9, 21] are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss on Prescription filed by Westlake [Doc. No. 24] be **DENIED AS MOOT** as to the claims of Plaintiffs Marc Rachal, Marc Rigmaiden, and Willis Williams.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss on Prescription filed by Westlake [Doc. No. 24] is **GRANTED** as to the claims of Plaintiff John LaSalle. LaSalle's claims against all remining Defendants are **DISMISSED WITH PREJDICE**.

Monroe, Louisiana, this 24th day of April, 2020.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**